No. 79–1613.  HUFFNAGLE *v.* PENNSYLVANIA.  Sup. Ct. Pa. Certiorari denied.

No. 79–1616.  ANGLIN *v.* INDIANA.  Ct. App. Ind.  Certiorari denied.

No. 79–1622.  PREVETTE ET AL. *v.* NORTH CAROLINA.  Ct. App. N. C.  Certiorari denied.

No. 79–1624.  LOCAL 450, UNITED FURNITURE WORKERS OF AMERICA, AFL–CIO *v.* DONN PRODUCTS, INC., ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 79–1626.  LAS VEGAS SUN, INC. *v.* SUMMA CORP., DBA CASTAWAYS CASINO, FRONTIER HOTEL, AND DESERT INN HOTEL, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 79–1639.  BEVERLY BANK ET AL. *v.* ILLINOIS SAVINGS & LOAN ASSN.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 79–1644.  CANFIELD ET UX. *v.* NEW YORK CITY; and
No. 79–1668.  BADGLEY ET AL. *v.* NEW YORK CITY.  C. A. 2d Cir.  Certiorari denied.  Reported below: 606 F. 2d 358.

No. 79–1650.  SUPREME EQUIPMENT & SYSTEMS CORP. *v.* WALTER M. BALLARD Co.  C. A. D. C. Cir.  Certiorari denied.

No. 79–1657.  BOWE *v.* FIRST OF DENVER MORTGAGE INVESTORS ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 79–1662.  BLACKBURN ET AL., DBA TINY BLACKBURN AGENCY *v.* CRUM & FORSTER ET AL.  C. A. 5th Cir.  Certiorari denied.